# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

USA

    -vs-

FRANCISCO MENA
aka Francisco Alberto Balager,
Damian Cepero, Jorge Carangui,
Ruben Balager, Jose Garcia,
Glauco Cordero Jaromillo,
Oslirio Lopez

Civil 06-994(SRC)

**W A R R A N T  FOR ARREST**

TO: THE UNITED STATES MARSHAL
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest defendant, **FRANCISCO MENA** aka Francisco Alberto Balager, Damian Cepero, Jorge Carangui, Ruben Balager, Jose Garcia, Glauco Cordero Jaromillo, Oslirio Lopez and bring him forthwith to the Honorable Stanley R. Chesler, District of New Jersey to answer an **ORDER OF THE COURT as to why defendant failed to appear for SENTENCING on 7/23/08 at 12:00 noon.**

**YOU ARE FURTHER PERMITTED** to gain into the household, abode, or place of business of said Defendant, should it become necessary in securing his arrest.

**YOU ARE FURTHER PERMITTED** to arrest said Defendant outside the District of New Jersey and bring Defendant forthwith to appear before this Court.

SO ORDERED: 7/23/08

Stanley R. Chesler, U. S. D. J.

_____
Signature of Issuing Officer
Deputy Clerk, Theresa C. Trivino

July 23, 2008, Newark, NJ
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____
Date Received:
Date of Arrest:

Name and Title of Arresting Officer:

_____
Signature of Arresting Officer:

_____